UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAUNA DILLON,

        Plaintiff,                        Case No. 2:24-cv-13403

v.                                          Honorable Susan K. DeClercq
                                               United States District Judge

LJ ROSS ASSOCIATES, INC.,

        Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL (ECF No. 14) AND DISMISSING THE COMPLAINT WITH PREJUDICE (ECF No. 1)**

In December 2024, Plaintiff Shauna Dillon sued Defendant LJ Ross Associates, Inc ("LJ Ross") under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*, alleging that LJ Ross failed to investigate her identity-theft claims about her credit reports. ECF No. 1. Now after discovery, Dillon moves with LJ Ross's consent to voluntarily dismiss her suit with prejudice and with the condition that this Court retain jurisdiction to enforce the parties' settlement agreement terms. ECF No. 14.

Under Civil Rule 41(a)(2), a plaintiff may request that her action be dismissed "by court order, on terms that the court considers proper." FED. R. CIV. P. 41(a)(2). And "[u]nless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." *Id.* Because the parties have agreed to dismiss with prejudice and to the condition about enforcing the settlement agreement, this Court finds the

- 2 -

motion's terms and conditions proper, and it will grant the motion. *See generally Kienitz v. Metro. Life Ins. Co.*, 131 F.R.D. 106, 107 (E.D. Mich. 1990) (denying a motion for voluntary dismissal because the parties did not agree to imposed conditions).

Accordingly, it is **ORDERED** that the Plaintiff's Motion to Voluntarily Dismiss, ECF No. 14, is **GRANTED**.

It is further **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that this Court retains jurisdiction for the purpose of enforcing the terms of the Parties' Settlement Agreement only.

**IT IS SO ORDERED**.

*This is a final order and closes this case.*

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: January 15, 2026